

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 2-09-327-CV

------------

JEWARA O. DILLARD                                             APPELLANT

V.

U.S. BANK NATIONAL                                             APPELLEE
ASSOCIATION, AS TRUSTEE FOR
THE SPECIALTY UNDERWRITING
AND RESIDENTIAL FINANCE
TRUST MORTGAGE LOAN ASSET-
BACKED CERTIFICATES SERIES
2006-BC4

------------

## FROM COUNTY COURT AT LAW NO. 1 OF TARRANT COUNTY

------------

## MEMORANDUM OPINION ON REHEARING[1]

------------

The court has considered "Appellee's Motion To Dismiss."  In considering this motion to dismiss, the court took into account the following procedural background.

Appellant Jewara O. Dillard, proceeding pro se, timely filed her notice of appeal, and her briefing deadline was set for December 17, 2009.  An extension was

------------

[1] See Tex. R. App. P. 47.4.

granted, and the brief was due February 1, 2010. Appellant failed to file a brief, and this appeal was dismissed.

Appellant thereafter filed a motion to reconsider, which we treated as a motion for rehearing and granted after reviewing a response from Appellee. In our order granting Appellant's motion to reconsider, we withdrew our prior opinion and judgment and ordered her brief due on or before April 15, 2010.

Appellant failed to meet the April 15, 2010 deadline and instead filed a motion to extend the time to file her brief. We granted the motion, stating that Appellant "shall file appellant's brief on **Wednesday, May 26, 2010. NO FURTHER EXTENSIONS WILL BE GRANTED.**" Appellant failed to file her brief by that deadline.

Appellee has filed a motion to dismiss, arguing that "[s]ince the Appellant failed to file a Brief and has failed on two occasions to comply with orders from this honorable Court, this Court should dismiss this appeal." Because Appellant's brief has not been filed, we grant Appellee's motion and dismiss the appeal for want of prosecution. See Tex. R. App. P. 38.8(a), 42.3(b).

SUE WALKER
JUSTICE

PANEL: WALKER, MCCOY, and MEIER, JJ.

DELIVERED: June 17, 2010

2